UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PICKETT, MARK § Case No. 13-80246
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/16/2015 in Courtroom 3100,
U.S.Courthouse
327 South Church Street
Rockford, Illinois  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                            Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
PICKETT, MARK   §   Case No. 13-80246
         §
  Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 25,075.00 |
| and approved disbursements of | $ | 0.08 |
| leaving a balance on hand of[1] | $ | 25,074.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,018.60 | $ 0.00 | $ 3,018.60 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,167.50 | $ 0.00 | $ 2,167.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 73.48 | $ 0.00 | $ 73.48 |
| Other: Bernard J. Natale, Ltd. | $ 2,232.75 | $ 0.00 | $ 2,232.75 |
| Other: Bernard J. Natale, Ltd. | $ 24.96 | $ 0.00 | $ 24.96 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,517.29 |
| Remaining Balance | $ 17,557.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 251.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC Bank | $ 251.69 | $ 0.00 | $ 251.69 |
| | Total to be paid to timely general unsecured creditors | | | $ 251.69 |
| | Remaining Balance | | | $ 17,305.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 14,868.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | NHRMA Mutual Insurance Company | $ 4,536.75 | $ 0.00 | $ 4,536.75 |
| 000003 | American Family Insurance aso Ronald I. | $ 2,831.65 | $ 0.00 | $ 2,831.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Robert Mlsna and Shannon E. Wright | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 14,868.40 |
| | Remaining Balance | | $ | 2,437.54 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 48.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,389.01 .

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-80246-TML
Mark Pickett                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Feb 17, 2015
                              Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
```
db              +Mark Pickett,    315 Wood Road,    Rockford, IL 61107-4927
20009736        +Alexis Jackson,    Scott King,    646 Ranger Street,    Rockford, IL 61109-1026
21274140        +American Family Insurance aso Ronald I. Ford,    c/o Amy Silvestri,    2208 Charles Street,
                  Rockford, IL 61104-1549
20561443        +Atlas Acquisitions LLC   (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
19961416        +Attorney Amy Silvestri,    2208 Charles Street,    Rockford, IL 61104-1549
19961417        +Attorney Bill Porter,    Chilton Yambert & Porter LLP,    2000 South Batavia Avenue, Ste. 200,
                  Geneva, IL 60134-3308
20127431        +Attorney Lloyd McCumber,    Wiedner & McAuliffe, Ltd.,    One N. Franklin, 19th Floor,
                  Chicago, IL 60606-4425
19961418        +Attorney Matthew M. Hevrin,    Hinshaw & Culbertson, LLP,    100 Park Avenue,
                  Rockford, IL 61101-1099
19961419        +Attorney Timothy A. Miller,    515 North Court Street,    Suite 105,    Rockford, IL 61103-6807
20009737        +Dorothy Jarog-Twardowski,    3104 Sewell Street,    Rockford, IL 61109-2223
19961421        +Goldie B. Floberg Center,    58 West Rockton Road,    Rockton, IL 61072-1699
19961422        +Hsbc/Brgnr,    Po Box 5253,    Carol Stream, IL 60197-5253
20009739        +Limona T. Ntamere,    4225 Harrison Avenue #4,    Rockford, IL 61108-7999
20127432         NHRMA Mutual Insurance,    PO Box 7110,    Champaign, IL 61826-7110
21260978        +NHRMA Mutual Insurance Company,    Stanley L. Morris,    2302 Clearlake Boulevard,
                  Champaign, IL 61822-8951
21288248        +Robert Mlsna and Shannon E. Wright,    c/o Attorney Matthew M. Hevrin,
                  Hinshaw & Culbertson LLP,    100 Park Avenue,    Rockford, IL 61101-1099
20009741        +Robert Zappelli,    718 Court Street,    Rockford, IL 61103-6955
19961426        +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
19961429       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap-On Credit Llc,    Po Box 506,    Gurnee, IL 60031)
20009742        +Sylvia D. Jackson,    2841 Echo Street,    Rockford, IL 61109-1012
20009743        +Taylor Heymann,    3507 Seward Avenue,    Rockford, IL 61108-7552
20009744        +Toscha Phelps,    Joseph Stienes,    4655 Marble Manor,    Rockford, IL 61102-4735
20009745        +Victor Velez,    Jose Claudio,    1402 Green Street #1,    Rockford, IL 61102-2058
20127433       #+Weidner & McAuliffer, Ltd.,    1639 N. Alpine Road,    Suite 300,    Rockford, IL 61107-1440
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20093470        +E-mail/Text: bnc@atlasacq.com Feb 18 2015 03:05:49     Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303,     Attn: Avi Schild
20087984        +E-mail/Text: bnc@atlasacq.com Feb 18 2015 03:05:49     Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
19961420         E-mail/Text: aquist@creditorsprotection.com Feb 18 2015 03:08:35
                  Creditors Protection Service, Inc.,    202 W. State St. Ste. 300,    P.O. Box 4115,
                  Rockford, IL 61110-0615
19961423        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2015 03:05:58     Kohls/Capone,
                  Po Box 3115,    Milwaukee, WI 53201-3115
19961424        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2015 03:02:46      LVNV Funding LLC,
                  Po Box 740281,    Houston, TX 77274-0281
19961425        +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 18 2015 03:07:26      NCO Financial Systems,
                  Po Box 15636,    Wilmington, DE 19850-5636
                                                                                              TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19961427*       +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
20009735*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap-On Credit LLC,    Po Box 506,    Gurnee, IL 60031)
19961428*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap-On Credit, LLC,    950 Technology Way,    Suite 301,
                Libertyville, IL 60048)
20008321*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap-on Credit LLC,    950 Technology Way, Suite 301,
                Libertyville, IL 60048)
20009738       ##+Justin Shadden,    1031 Gold River Avenue,    Rockford, IL 61102-5327
20009740       ##+Linda Ralston,    1612 Keefe Street Rear,    Rockford, IL 61104-5114
                                                                                   TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: kkrystave              Page 2 of 2             Date Rcvd: Feb 17, 2015
                              Form ID: pdf006              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2015 at the address(es) listed below:

```
              Daniel   Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel   Donahue    on behalf of Spec. Counsel Bernard J Natale ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel   Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Jason H Rock    on behalf of Defendant Mark   Pickett jrock@bslbv.com
              Jason H Rock    on behalf of Debtor Mark   Pickett jrock@bslbv.com
              Matthew M. Hevrin    on behalf of Plaintiff Robert   Mlsna mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Matthew M. Hevrin    on behalf of Creditor Shanon E. Wright mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Matthew M. Hevrin    on behalf of Plaintiff Shannon E. Wright mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Matthew M. Hevrin    on behalf of Creditor Robert   Mlsna mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Meghan N Bolte    on behalf of Trustee Daniel  Donahue mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 12
```