UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PICKETT, MARK § Case No. 13-80246
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/DANIEL M. DONAHUE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARK PICKETT | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| BERNARD J. NATALE, LTD. | | | | | |
| BERNARD J. NATALE, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney Amy Silvestri 2208 Charles Street Rockford, IL 61104 | | | | | |
| | Attorney Bill Porter Chilton Yambert & Porter LLP 2000 South Batavia Avenue, Ste. 200 Geneva, IL 60134 | | | | | |
| | Attorney Timothy A. Miller 515 North Court Street Suite 105 Rockford, IL 61103 | | | | | |
| | Creditors Protection Service, Inc. 202 W. State St. Ste. 300 P.O. Box 4115 Rockford, IL 61110-0615 | | | | | |
| | Hsbc/Brgnr Po Box 5253 Carol Stream, IL 60197 | | | | | |

Case 13-80246    Doc 47    Filed 06/03/15    Entered 06/03/15 11:50:21    Desc Main
Document      Page 6 of 12

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | NCO Financial Systems Po Box 15636 Wilmington, DE 19850 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Snap-On Credit 950 Technology Way Suite 301 Libertyville, IL 60048 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| 000003 | AMERICAN FAMILY INSURANCE ASO RONAL | | | | | |
| 000002 | NHRMA MUTUAL INSURANCE COMPANY | | | | | |
| 000004 | ROBERT MLSNA AND SHANNON E. WRIGHT | | | | | |
| | AMERICAN FAMILY INSURANCE ASO RONAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| | NHRMA MUTUAL INSURANCE COMPANY | | | | | |
| | ROBERT MLSNA AND SHANNON E. WRIGHT | | | | | |
| | PICKETT, MARK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-80246 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | PICKETT, MARK | | | Date Filed (f) or Converted (c): | 01/25/13 (f) |
| | | | | 341(a) Meeting Date: | 02/28/13 |
| For Period Ending: | 05/15/15 | | | Claims Bar Date: | 08/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 120.00 | 0.00 | | 0.00 | FA |
| 2. ComEd security deposit (Mark's Auto Sales) | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods: 42" anx 30" flatscreen TVs, etc. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Ruger P89 hand gun | 300.00 | 0.00 | | 0.00 | FA |
| 6. Redline Jumbo BMX bike | 100.00 | 0.00 | | 0.00 | FA |
| 7. A/R - Victor Velez | 934.00 | 0.00 | | 0.00 | FA |
| 8. A/R - Alexis S. Jackson and Scott King | 1,703.00 | 0.00 | | 0.00 | FA |
| 9. A/R - Sylvester Jackson | 2,214.00 | 0.00 | | 0.00 | FA |
| 10. A/R - Limona Ntamere | 2,462.00 | 0.00 | | 0.00 | FA |
| 11. A/R - Linda Ralston | 2,944.00 | 0.00 | | 0.00 | FA |
| 12. A/R - Taylor Heylmann | 673.00 | 75.00 | | 75.00 | FA |
| 13. A/R - Justin Shadden | 983.00 | 0.00 | | 0.00 | FA |
| 14. A/R - Dorothy Twardowski | 2,573.00 | 0.00 | | 0.00 | FA |
| 15. A/R - Robert Zappeli | 575.00 | 0.00 | | 0.00 | FA |
| 16. A/R - Joseph Stiens | 3,800.00 | 0.00 | | 0.00 | FA |
| 17. Liquidated Claims | 1.00 | 0.00 | | 0.00 | FA |
| 18. 21' 2000 Bayliner Capri | 4,700.00 | 0.00 | | 0.00 | FA |
| 19. Smart Phone | 200.00 | 0.00 | | 0.00 | FA |
| 20. Table and chairs at car lot | 100.00 | 0.00 | | 0.00 | FA |
| 21. Snap on tool box, etc. | 15,000.00 | 0.00 | | 0.00 | FA |
| 22. Welders, torches and various automotive tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 23. Title lien interest in various vehicles | 1.00 | 0.00 | | 0.00 | FA |
| 24. Fraudulent Conveyance (u) | Unknown | 25,000.00 | | 25,000.00 | FA |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 13-80246 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PICKETT, MARK | | | Date Filed (f) or Converted (c): | 01/25/13 (f) |
| | | | | 341(a) Meeting Date: | 02/28/13 |
| | | | | Claims Bar Date: | 08/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $43,583.00 | $25,075.00 | | $25,075.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/14     Current Projected Date of Final Report (TFR): 12/01/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-80246 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | PICKETT, MARK | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0134 GENERAL CHECKING |
| Taxpayer ID No: | *******6770 | | | |
| For Period Ending: | 05/15/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 74.92 | | 74.92 |
| 01/23/15 | 24 | MARK PICKETT 315 WOOD RD ROCKFORD, IL 61107-4927 | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 25,000.00 | | 25,074.92 |
| 03/16/15 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 3,018.60 | 22,056.32 |
| 03/16/15 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,167.50 | 19,888.82 |
| 03/16/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 73.48 | 19,815.34 |
| 03/16/15 | 002004 | Bernard J. Natale, Ltd. 6833 Stalter Dr.,Ste. 201 Rockford, IL 61108 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,232.75 | 17,582.59 |
| 03/16/15 | 002005 | Bernard J. Natale, Ltd. 6833 Stalter Dr., Ste. 201 Rockford, IL 61108 | Attorney for Trustee Expenses (Othe | 3220-000 | | 24.96 | 17,557.63 |
| 03/16/15 | 002006 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 100.3% | | | 252.39 | 17,305.24 |
| | | | Claim        251.69 | 7100-000 | | | |
| | | | Interest        0.70 | 7990-000 | | | |
| 03/16/15 | 002007 | NHRMA Mutual Insurance Company Stanley L. Morris 2302 Clearlake Boulevard Champaign, IL 61822 | Claim 000002, Payment 100.3% | | | 4,549.32 | 12,755.92 |
| | | | Claim       4,536.75 | 7200-000 | | | |
| | | | Interest       12.57 | 7990-000 | | | |
| 03/16/15 | 002008 | American Family Insurance aso Ronald I. Ford c/o Amy Silvestri | Claim 000003, Payment 100.3% | | | 2,839.50 | 9,916.42 |

Page Subtotals   25,074.92   15,158.50

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-80246 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PICKETT, MARK | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0134  GENERAL CHECKING |
| Taxpayer ID No : | *******6770 | | |
| For Period Ending: | 05/15/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | 2208 Charles Street<br>Rockford, IL 61104 | | | | | | |
| | | | Claim | 2,831.65 | 7200-000 | | | |
| | | | Interest | 7.85 | 7990-000 | | | |
| 03/16/15 | 002009 | Robert Mlsna and Shannon E. Wright<br>c/o Attorney Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Avenue<br>Rockford, IL 61101 | Claim 000004, Payment 100.3% | | | | 7,520.79 | 2,395.63 |
| | | | Claim | 7,500.00 | 7200-000 | | | |
| | | | Interest | 20.79 | 7990-000 | | | |
| 03/16/15 | 002010 | MARK PICKETT<br>315 WOOD RD<br>ROCKFORD, IL  61107-4927 | Surplus Funds | | | | 2,395.63 | 0.00 |
| | | | Claim | 2,389.01 | 8200-002 | | | |
| | | | Interest | 6.62 | 7990-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,074.92 | 25,074.92 | 0.00 |
| Less:  Bank Transfers/CD's | 74.92 | 0.00 | |
| Subtotal | 25,000.00 | 25,074.92 | |
| Less:  Payments to Debtors | | 2,395.63 | |
| Net | 25,000.00 | 22,679.29 | |

Page Subtotals    0.00    9,916.42

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-80246 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PICKETT, MARK | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0817 GENERAL CHECKING |
| Taxpayer ID No: | *******6770 | | |
| For Period Ending: | 05/15/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | 12 | NATALE TRUST FUND (Taylor Heylmann) | RECOVERY OF PREFERENCE SEC. 547 | 1121-000 | 75.00 | | 75.00 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 0.08 | 74.92 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 74.92 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 75.00 | 75.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 74.92 | |
| Subtotal | 75.00 | 0.08 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 75.00 | 0.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0134 | 25,000.00 | 22,679.29 | 0.00 |
| GENERAL CHECKING - ********0817 | 75.00 | 0.08 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 25,075.00 | 22,679.37 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 75.00 75.00

Ver: 18.04c

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 12)